UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23210-CV-WILLIAMS

RMK MERRILL STEVENS LLC,

    Plaintiff,

v.

ANTHONY MONACO,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 12) ("***Report***") on the Motion for Default Judgment (DE 10) ("***Motion***") filed by Plaintiff. No objections were filed to the Report, which recommends the Court grant in part and deny in part Plaintiff's Motion. (DE 12 at 1.) Upon a careful and independent review of the Report, the Motion, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 12) is **AFFIRMED AND ADOPTED**;
2. Plaintiff's Motion (DE 10) is **GRANTED IN PART AND DENIED IN PART**; and
3. Final default judgment will be separately entered in an order to follow.

 **DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of April, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE