UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23210-CV-WILLIAMS

RMK MERRILL STEVENS LLC,

    Plaintiff,

v.

ANTHONY MONACO,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 18) ("***Report***") on Plaintiff's Motion for Attorney's Fees and Post-Judgment Interest (DE 15) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant in part and deny in part Plaintiff's Motion. (DE 18 at 1.) Specifically, the Report finds that Plaintiff's counsel's hourly attorney and paralegal rates are reasonable but finds the number of hours expended on certain task exceeds what is reasonable under the circumstances. (*Id.* at 5–7.) As such, the Report concludes a 15% reduction of the time performed by Associates from 53.59 hours to 45.59 hours. (*Id.* at 9.) Taking the reduction into consideration, the Report recommends the Court award $19,376.75 in attorney's fees to Plaintiff's counsel. (*Id.*) Additionally, the Report recommends awarding Plaintiff $467.00 in costs, $3,433.92 in pre-judgment interest, and post-judgment interest at the rate specified in 28 U.S.C. § 1961(a). (*Id.* at 9–13.) No objections were filed to the Report, and the time to do so has passed. Accordingly, upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 18) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees and Post-Judgment Interest (DE 15) is **GRANTED**.

3. A cost judgment should be entered against Defendant Anthony Monaco consisting of $19,376.75 in attorneys' fees, $467.00 in costs, $3,433.92 in pre-judgment interest, and post-judgment interest at the rate specified in 28 U.S.C. § 1961(a).

4. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of January, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE